UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE ANTONIO GRAJALES,<br><br>                               Plaintiff,<br><br>                -against-<br><br>ELI LILLY AND COMPANY, et al.,<br><br>                               Defendants. | 23-CV-6972 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

On August 8, 2023, Plaintiff filed a complaint and paid the $402.00 in fees required to file a civil action in this court by submitting a certified check. He also submitted five additional certified checks in the amounts of $.03, $.05, $.08, $.10, and $.25. Because Plaintiff has paid the full $402.00 in fees, the additional certified checks are unnecessary. The Court therefore directs the Clerk of Court to return to Plaintiff the five additional certified checks.

## CONCLUSION

The Clerk of Court is directed to return to Plaintiff the five additional certified checks he submitted in the amounts of $.03, $.05, $.08, $.10, and $.25.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  August 18, 2023
            New York, New York

                                                                /s/ Laura Taylor Swain
                                                                   LAURA TAYLOR SWAIN
                                                          Chief United States District Judge