UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE ANTONIO GRAJALES,
                Plaintiff,

-v-

ELI LILY AND COMPANY; MR. F. FOO, M.D. BEEPER # 1389; THE NEW YORK CITY CIVIL COURT JUDGE'S; AND UNITED STATE OF AMERICA CIVIL JUDGE'S,
                Defendants.

23-CV-6972 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Plaintiff has filed an application to proceed *in forma pauperis*. (ECF No. 7.) As previously ordered, the Court has certified under 28 U.S.C. § 1915(a)(3) that any appeal from the order of dismissal issued on September 26, 2023 would not be taken in good faith and therefore has denied *in forma pauperis* status for the purpose of an appeal. (ECF No. 5.) *Cf.* Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

    Accordingly, Plaintiff's application to proceed *in forma pauperis* is DENIED.

    The Clerk of the Court is directed to mail a copy of this order to Plaintiff and to transmit a copy to the Court of Appeals.

    SO ORDERED.

Dated: November 30, 2023
       New York, New York

                                                J. PAUL OETKEN
                                                United States District Judge