UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE ANTONIO GRAJALES,<br><br>      Plaintiff,<br><br> -against-<br><br>ELI LILY AND COMPANY; MR. F. FOO, M.D. BEEPER # 1389; THE NEW YORK CITY CIVIL COURT JUDGE'S; AND UNITED STATE OF AMERICA CIVIL JUDGE'S.,<br><br>      Defendants. | 23 CIVIL 6972 (JPO)<br><br>CIVIL JUDGMENT |

 For the reasons stated in the October 14, 2025, order, this action is dismissed.

 The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

 SO ORDERED.

Dated: October 15, 2025
    New York, New York

              /s/ J. Paul Oetken
              J. PAUL OETKEN
            United States District Judge